UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NAJEH MUHANA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 1:16-cv-00770-SEB-DML |
| | ) |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) |
| | ) |
| Respondent. | ) |

## Order Granting Motion to Transfer to Miscellaneous Docket

This action was commenced by the petitioner's filing of a motion under 18 U.S.C. § 983(e), seeking to set aside a declaration of forfeiture of the petitioner's interest in property on the ground he did not receive proper notice of the proceeding before the property was declared forfeited.

Petitioner Najeh Muhana seeks to transfer this matter from the civil action docket to the miscellaneous docket.  It is not clear why Mr. Muhana desires the transfer, but his reason may relate to the large difference in fees for filing a civil action ($400) and for instituting a proceeding appropriately assigned as a miscellaneous action ($46).

The court determines that transfer to the miscellaneous docket is appropriate in this case.  The statutory proceeding invoked by Mr. Muhana requires filing a "motion" and not a complaint.  The proceeding is thus unlike a traditional civil

action but is similar to matters assigned to the miscellaneous docket, i.e., generally ancillary and supplementary proceedings not defined as civil actions.

## Conclusion

The court GRANTS the petitioner's motion (Dkt. 5) to transfer this matter to the miscellaneous docket. The clerk is directed to randomly reassign this case on the miscellaneous docket and transfer copies of all filings to-date to the new case number.

So ORDERED.

Dated: April 21, 2016

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system